UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**FUNDICIONES BALAGUER, S.A.,**

    Plaintiff,

v.

**FERRELL-ROSS ROLL MANUFACTURING INC.,**

    Defendant.

CIVIL ACTION NO.: 4:23-CV-4437

## MOTION FOR DEFAULT JUDGMENT

Comes now Plaintiff, Fundiciones Balaguer, S.A., by and through the undersigned counsel, and submits this Motion for Default Judgment, indicating upon information and belief the following:

I.    Relief Sought

Plaintiff seeks the award of damages in the amount of $411,418.00, plus costs of suit in the amount of $487.00

II.    Grounds for Relief

As to Defendant, FERRELL-ROSS ROLL MANUFACTURING INC., default was entered on or about February 9, 2024. (Document 9.) Despite having been served in this case on or about December 4, 2023, Defendant has not appeared herein. (Document 5.) As indicated in Document 8-1 in the instant case, Defendant has indicated that liability will not be contested. Nevertheless, notice of this motion will be sent to the registered agent of Defendant.

Plaintiff is well-aware that default judgments are a drastic remedy, not favored by the Federal Rules and resorted to by courts only in extreme situations. *See Portus Singapore PTE Ltd.. v. Foscam, Inc.*, 2023 U.S. Dist. LEXIS 220997, *3 (S.D. Tex. 2023). Further, it is the Plaintiff's burden to provide an evidentiary basis for the damages sought. *See PHH Mortg. Corp. v. Harrison*, 2023 U.S. Dist. LEXIS 212221, *6 (S.D. Tex. 2023). In the case at bar, supporting documents are provided herewith to establish the evidentiary basis for the award of damages. Oral testimony can also be provided at hearing, if necessary.

### III    Supporting Documents

Plaintiff tenders herewith as Exhibit A the declaration of Santiago Balaguer Pérez, who is the legal representative of Plaintiff in Spain, which is the country of origin of Plaintiff. Also tendered herewith as Exhibit B is the affidavit of the undersigned counsel.

### IV    Request for Relief

Plaintiff requests the entry of Default Judgment, in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.

Dated: April 2, 2024

Respectfully submitted,

Gregory Ahlgren
Diaz, Reus & Targ LLP
2800 Post Oak Blvd., Ste. 5600
Houston, TX 77056
Tel.: (305) 375-9220
E-mail: gahlgren@diazreus.com

By: *Gregory Ahlgren*
GREGORY AHLGREN
STATE BAR OF TEXAS #00793031
S.D. TEX. #28318
Attorney-in-Charge for Plaintiff

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument will be duly served upon the Registered Agent of Defendant.

By: *Gregory Ahlgren*
GREGORY AHLGREN
STATE BAR OF TEXAS #00793031
S.D. TEX. #28318
Attorney-in-Charge for Plaintiff