Case 4:23-cv-04437   Document 14   Filed on 12/17/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FUNDICIONES BALAGUER, S.A., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-4437 |
| | § | |
| FERRELL-ROSS ROLL MANUFACTURING, INC., | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

Having granted default judgment in favor of Fundiciones Balaguer, S.A. ("Plaintiff") against Ferrell-Ross Roll Manufacturing, Inc. ("Defendant"), the Court now enters final and appealable judgment in this case in favor of Plaintiff.

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that final judgment is entered for Plaintiff and against Defendant for the following:

1. Actual damages in the amount of **$411,418.00**;

2. Pre-judgment interest on the actual damages from July 23, 2023, to the entry of this judgment at the rate of **4.22% per annum**;

3. **$487.00** in costs; and

4. Post-judgment interest on all unpaid amounts awarded in this final judgment at the rate of **4.22%**, compounded annually, from the date of this final judgment until the final judgment is paid in full.

All relief not expressly granted herein is **DENIED**, making this a **FINAL JUDGMENT** for all purposes.

Signed on this 17th day of December 2024.

Andrew S. Hanen
United States District Judge